

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Rene Olvera Lopez, Appellant

No. 06-13-00259-CR     v.

The State of Texas, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 06-0155X). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to delete the fees for appellant's court-appointed attorney. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Rene Olvera Lopez, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 30, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk